1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  MIROSLAVA FLORES

5

                     UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
7
   MIROSLAVA FLORES,                    )   Case No. CV12-05484 HRL
8                                       )
            Plaintiff,                  )   COMPLAINT
9                                       )
            v.                          )   (Unlawful Debt Collection Practices)
10                                      )
   GC SERVICES, L.P.,                   )
11                                      )
            Defendant.                  )
12                                      )
                                        )
13 ─────────────────────────────────────

14                           **VERIFIED COMPLAINT**

15      Plaintiff, MIROSLAVA FLORES ("Plaintiff"), by her attorneys, KROHN & MOSS,

16 LTD., alleges the following against Defendant, GC SERVICES, L.P., ("Defendant"):

17                                **INTRODUCTION**

18  1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act

19     ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

20  2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

21     Practices Act ("RFDCPA"), Cal. Civ. Code § 1788, *et seq.*

22                           **JURISDICTION AND VENUE**

23  3. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such

24     actions may be brought and heard before "any appropriate United States district court

25

1. without regard to the amount in controversy," and 28 U.S.C. § 1367 grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in San Jose, Santa Clara County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. § 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. § 1692a(6) and Cal. Civ. Code § 1788.2(c), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a debt collection Corporation with an office in Houston, Texas.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. In or around August of 2012, Defendant placed collection calls to Plaintiff seeking and demanding payment for a debt allegedly owed, originally owed on a Citibank Credit Card, account number ending in 2049.

12. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

13. Defendant called Plaintiff's telephone number at 408-649-63XX.

14. In or around August of 2012, Defendant called Plaintiff and left a voicemail message on Plaintiff's answering machine. *See* Transcribed Voicemail Message, attached hereto as

PLAINTIFF'S COMPLAINT

Exhibit A.

15. In the voicemail message, Defendant's representative, "Robert Reed", failed to meaningfully disclose the company's name or the nature of the call or state that the call was from a debt collector. *See* Exhibit A.

16. In the voicemail message, Defendant's representative, "Robert Reed", directed Plaintiff to call him back at 800-691-3307, extension 110, which is a number that belongs to Defendant. *See* Exhibit A.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated § 1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant did not provide the identity of the caller or the nature of the debt.

   b. Defendant violated § 1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

   c. Defendant violated § 1692e(10) of the FDCPA by using false and deceptive means in an attempt to collect a debt.

   d. Defendant violated § 1692e(11) of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, MIROSLAVA FLORES, respectfully requests judgment be entered against Defendant, GC SERVICES, L.P., for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

20. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

22. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the § 1788.17 of the RFDCPA by failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692, *et seq.* to wit: Section 1692d and 1692e.

WHEREFORE, Plaintiff, MIROSLAVA FLORES, respectfully requests judgment be entered against Defendant, GC SERVICES, L.P., for the following:

23. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.30(b).

24. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c).

25. Any other relief that this Honorable Court deems appropriate.

DATED: October 19, 2012

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: _____
Ryan Lee
Attorney for Plaintiff,
MIROSLAVA FLORES

PLAINTIFF'S COMPLAINT

## **EXHIBIT A**

Hi this message is for Miroslava Flores, my name is Rorbert Reed, I am calling about a personal business matter, please call me at 800-691-3307, extension 110, between the hours of 8 A.M. and 9 P.M. Central Standard Time. Again my number is 800-691-3307, extension 110, it is important you return my call.