UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

MIRASLAVA FLORES,

    Plaintiff,

  v.

GC SERVICES, LP, et al.,

    Defendants.

No. C 12-5484 PJH

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    April 25, 2013
Mediator:  Charles McClain

IT IS HEREBY ORDERED that the request to excuse defendant GC Services LP's corporate counsel, Joseph Van Nest, from appearing at the April 25, 2013, mediation before Charles McClain is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 16, 2013    By: _____
Dated                                  Maria-Elena James
                                          United States Magistrate Judge