UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIROSLAVA FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>GC SERVICES, LP.,<br><br>    Defendant. | Case No. 12-cv-05484-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 40 |

Plaintiff Miroslava Flores, by and through her counsel, has advised the Court that the parties to this action have agreed to a settlement.

It is ordered that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to the Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: December 3, 2013

WILLIAM H. ORRICK
United States District Judge